ORDERED.

Dated:  February 08, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                  Case No. 8:19-bk-02298-RCT
                                                                        Chapter 13
JUDITH ANN EMERY

Debtor(s)[1]
_____/

**AGREED ORDER GRANTING DEBTOR'S MOTION**
**TO RETAIN LEFTOVER SALE PROCEEDS (DOC. NO. 49)**

THIS CASE came on for consideration for the purpose of an appropriate order upon the filing, on negative notice, of the Debtor's Motion to Retain Leftover Sale Proceeds (Doc. No. 49).  The Court is advised, by the submission of this Order, that the Chapter 13 Standing Trustee, Kelly Remick, and the Debtor, Judith Ann Emery, by and through their respective attorneys, Lydia M. Gazda, Esquire and Jay M. Weller, Esquire, are in agreement that the Debtor's Motion should be granted.  Accordingly, it is

**ORDERED:**

1.     The Debtor's Motion to Retain Leftover Sale Proceeds (Doc. No. 49) is hereby GRANTED to the extent provided herein.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2.      Under the circumstances of this case, the Debtor shall be permitted to retain the remaining sale proceeds.

3.      Creditors and any parties in interest may object to the relief granted within this Order by filing an objection within twenty-one (21) days from the date of entry of this Order.

4.      **The hearing scheduled for February 21, 2024 is cancelled.**

Attorney Jay M. Weller is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/LMG/jn                                                                                                                            C13T 2/6/24